UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. C10-026-RSM |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CHRISTOPHER DWAYNE PORTER, | ) | |
| Defendant. | ) | |

Offense charged:   Possession of a Firearm by a Prohibited Person

Date of Detention Hearing:   February 10, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Defendant has pled guilty to the charged offense. He is currently in custody pending disposition of violations of supervised release in CR05-041 RSM. It is anticipated that

DETENTION ORDER                                                                                                          PAGE 1

the disposition hearing on the supervised release violations will be held at the same time as the sentencing in this matter. The defendant is also being held in custody on the pending disposition of the supervised release violations. Defendant does not contest detention.

(2) Defendant poses a risk of nonappearance due to lack of verified background information, no viable residence, and pending supervised release violations. He poses a risk of danger based on criminal history related to drugs and firearms, pending violations for drugs and weapons, and active opiate use.

(3) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of February, 2010.

Mary Alice Theiler
United States Magistrate Judge